```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 36498
   JUAN RODRIQUEZ
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-2642

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/01/2004 and was confirmed 02/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/26/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   SECURED             855.00          .00          696.05
PCFS MORTGAGE RESOURCES    CURRENT MORTG    64568.04           .00        64568.04
PCFS MORTGAGE RESOURCES    MORTGAGE ARRE    18300.00           .00        14897.93
AMERICAN GENERAL FINANCE   UNSEC W/INTER     3961.44           .00             .00
FIRST PREMIER BANK         UNSEC W/INTER NOT FILED            .00             .00
ILLINOIS DEPT OF REVENUE   UNSEC W/INTER NOT FILED            .00             .00
THOMAS HOLSTEIN            DEBTOR ATTY           .00                          .00
TOM VAUGHN                 TRUSTEE                                       5,067.98
DEBTOR REFUND              REFUND                                        1,938.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    87,168.00

PRIORITY                                           .00
SECURED                                      80,162.02
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                          5,067.98
DEBTOR REFUND                                 1,938.00
                           --------------    --------------
TOTALS                     87,168.00         87,168.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 36498 JUAN RODRIQUEZ

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 04 B 36498 JUAN RODRIQUEZ